THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re RAGHAVENDRAN SHANKAR

CASE NO. MC24-0074-JCC

ORDER

This matter comes before the Court on Plaintiff Raghavendran Shankar's multiple submissions of a proposed complaint (Dkt. Nos. 2, 3, 4). Under the Court's vexatious litigant order (Dkt. No. 1), the Court shall screen any complaint that Plaintiff files in this District against Defendant Microsoft Corporation, any of its affiliate companies and current or former employees, or any attorneys for Defendant, prior to the issuance of summons or service of process. (*See id*. at 3.)

Plaintiff's proposed complaint (Dkt. No. 2) and proposed amendments thereto (Dkt. Nos. 3-1, 4) fail to comply with the requirements imposed in the Court's vexatious litigant order. (*See* Dkt. No. 1 at 3.) Specifically, they fail to provide a clear statement of the factual and legal basis for each asserted claim, and they fail to explain on a claim-by-claim basis (a) whether each claim was raised in any prior action (with an appropriate citation) and (b) why each claim is not barred by collateral estoppel, *res judicata*, and/or an applicable immunity.

ORDER
MC24-0074-JCC
PAGE - 1

1    Accordingly, the Court DISMISSES Plaintiff's proposed complaint (Dkt. Nos. 2, 3, 4)
2    and DECLINES to allow for issuance of summons or service of process.
3    DATED this 10th day of January 2025.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE