THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re RAGHAVENDRAN SHANKAR

CASE NO. MC24-0074-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On November 4, 2024, the Court issued a vexatious litigant order against Raghavendran Shankar ("Mr. Shankar") following repeated abuses of the Court's processes. (*See generally* Dkt. No. 1.) In it, the Court revoked Mr. Shankar's e-filing privileges and ordered the Clerk to file any additional complaints from Mr. Shankar under a miscellaneous case number for the Court's review. (*Id.* at 3–4.) Nevertheless, Mr. Shankar continues to flagrantly abuse the judicial process. On the record, Mr. Shankar has submitted multiple proposed complaints that fail to comply with the vexatious litigant order. (*See generally* Dkt. Nos. 2, 3, 4, 6, 7) (proposed complaints) (*see also generally* Dkt. Nos. 5, 10) (Court's dispositions of the proposed complaints). Off the record, Mr. Shankar has flooded this Court's e-mail inbox with inappropriate messages containing numerous expletives and

pejoratives about this Court, the Honorable Chief Judge Estudillo, and other officers of the law.

The Court must regularly maintain its e-mail inbox in order to stay apprised of proposed orders coming from legitimate parties with meritable claims. However, Mr. Shankar has overwhelmed the Court with his deluge of frivolous e-mails. And once again, the Court emphasizes that "[f]lagrant abuse of the judicial process cannot be tolerated because it enables one person to preempt the use of judicial time that properly could be used to consider the meritorious claims of other litigants." *DeLong v. Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990).

Accordingly, the Court SUPPLEMENTS its vexatious litigant order (Dkt. No. 1) and REVOKES Mr. Shankar's access to the Court's e-mail inbox.

DATED this 21st day of April 2025.

Ravi Subramanian  
Clerk of Court  

s/Kathleen Albert  
Deputy Clerk