THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re RAGHAVENDRAN SHANKAR | CASE NO. MC24-0074-JCC<br><br>ORDER |

This matter comes before the Court on Raghavendran Shankar's most recent proposed complaint (Dkt. No. 13). Under the Court's vexatious litigant order (Dkt. No. 1), the Court shall screen any complaint that Mr. Shankar files in this District against Defendant Microsoft Corporation, any of its affiliate companies and current or former employees, or any attorneys for Defendant, prior to the issuance of summons or service of process. (*See id*. at 3.)

The instant complaint (Dkt. No. 13), like Mr. Shankar's prior submissions (Dkt. Nos. 2, 3, 4, 6, 7), fails to comply with the Court's vexatious litigant order. (*See* Dkt. No. 1 at 3.) Specifically, the complaint does not provide a clear statement of the factual and legal basis for each asserted claim, or explain on a claim-by-claim basis (a) whether each claim was raised in any prior action (with an appropriate citation) and (b) why each claim is not barred by collateral estoppel, *res judicata*, and/or an applicable immunity.

Accordingly, the Court DISMISSES Plaintiff's proposed complaint (Dkt. No. 13) and DECLINES to allow for issuance of summons or service of process.

DATED this 8th day of September 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE